JOSEPH IELLIMO v. TRANSCONTINENTAL GAS
PIPELINE CORPORATION.

December 8, 1987.

Petition for certification denied.

WILLIAM SCOTT, JR. v. FOOD HAULERS, INC.

December 8, 1987.

Petition for certification denied.

JAGDISH R. JINDAL, M.D. v. LORNA JINDAL, ET AL. AND REV.
JOHN H. O'CONNOR.

December 8, 1987.

Petition for certification denied.

IN THE MATTER OF CERTAIN AMENDMENTS TO THE ADOPTED
AND APPROVED SOLID WASTE MANAGEMENT PLAN OF
THE MORRIS COUNTY SOLID WASTE MANAGEMENT DIS-
TRICTS.

December 8, 1987.

Petition for certification denied.